450 A.2d 1071

Orchard v. Septa, Appellant.

636

Argued June 9, 1980. Norman Hegoe, Jr., for appellant; Carl M. Mazzocone, for appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Order affirmed.